1  Tamar Terzian (CA Bar No. 254148)
   tterzian@eppscoulson.com
2  **EPPS & COULSON, LLP**
   1230 Crenshaw Blvd.
3  Torrance, Ca 90501
   Telephone: (213) 929-2390
4  Facsimile: (213) 929-2394
   *Proposed* Bankruptcy Counsel for Magic
5  Deigns, Inc.
   Debtor and Debtor in Possession
6

7

8                  **UNITED STATES BANKRUPTCY COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10                      **LOS ANGELES DIVISION**

11

12  In re                                    CASE NO. 2:22-bk-13987-NB

13  **MAGIC DESIGNS, INC,**                  Chapter 11

14              Debtor-in-Possession.        **SUPPLEMENTAL DECLARATION OF
                                             DEBTOR IN SUPPORT OF FIRST DAY
15                                           MOTIONS**

16                                           DATE:    July 27, 2022
                                             TIME:    4:00 p.m.
17  Tax I.D.# /EIN 27-4288979                PLACE:  Courtroom 1545
                                                      U.S. Bankruptcy Court
18                                                    255 E. Temple Street
                                                      Los Angeles, Ca 90012
19

20

21

22

23

24

25

26

27

28

1  **TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE,**

2  **THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED**

3  **PARTIES:**

4        I, Xanthyl Nuno Aquino, declare:

5        1.      I have personal knowledge of the facts stated herein.  I can testify that said

6  facts are true and correct.

7        2.      I am the founder and owner of Magic Designs, Inc. (the "Debtor").

8        3.      The Debtor commenced the above-captioned reorganization case by filing a

9  voluntary chapter 11 petition on Subchapter V on July 23, 2022 (the "Petition Date").  I

10  submit this supplemental declaration in support of the First Day Motions.

11  Debtor's emergency Motion for Order Authorizing Payment of Prepetition Employee (the

12  "Employee Claims Motion")

13        4.      With respect to Payment of Employees, the next pay period is due this

14  Friday, July 29, 2022 which covers the payroll due for the weeks ending on July 15, 2022

15  and July 22, 2022.  The employees are paid bi-weekly.  The Debtor would like to honor

16  all pre-petition payroll expenses including withholding taxes.  No other benefits are

17  received by the employees besides wages and sick time off.

18        5.      The budget proposed to pay pre-petition employees does include payments

19  owed to Ms. Acuino and Ms. Nuno.  However, this officer's compensation will not be paid

20  until the insider compensation application is approved by the Court.

21        6.      The Debtor does not use a payroll service and the Debtor prints the checks

22  at the Debtor's location and hands the employees the checks.  The Debtor would request

23  authority to issue checks from its existing bank account until a Debtor in Possession

24  Accounts is open.

25  Debtor's Emergency Motion For Order: (1) Deeming Utility Companies Adequately

26  Assured For Future Performance, (2) Establishing Procedures For Requests For

27  Additional Assurance, And (3) Restraining Utility Companies From Discontinuing,

28  Altering, Or Refusing Service (the "Utilities Motion")

1     7.    The Debtor has no deposits placed for the utility providers.

2     8.    Through its motion the Debtor is proposing adequate assurance request,

3   only if requested by the utility provider.  The adequate assurance procedures proposed

4   suggests a deposit of one month of the average utility bill.

5   Debtor's Motion For Use of Cash Collateral on an Interim Basis

6     9.    Based on a UCC search, the only creditors that have a perfected interest in

7   the Debtor's cash and personal property is the Internal Revenue Service ("IRS"),

8   Employment Development Department ("EDD") and the U.S. Small Business

9   Administration ("SBA").

10    10.    The only judgment creditor that is owed monies from the Debtor is Xiamen

11   Textile Clothes & Ornaments Co., Ltd. (Xiamen)  in the amount of $32,950.  This

12   judgment creditor does not have a perfected security interest in the Debtor and Debtor

13   reserves its rights to treat this creditor as an unsecured creditor.

14    11.    Attached hereto as Exhibit "1" is a list of vendors Debtor purchases material

15   and seeks Court authority to use cash collateral to pay these vendors for Debtor's continued

16   operations without interruption.

17    12.    The budget attached hereto as Exhibit "2" itemizes projected expenses that

18   must be paid to continue operations through a final hearing on the Cash Collateral Motion.

19   These expenses include payroll, standard operating expenses, and costs of goods. This

20   budget itemizes the minimum cash that is needed to ensure the Debtor's ability to operate

21   during the next three to four weeks.

22    13.    The Debtor's cash collections are projected to be the same as they have been

23   consistently in the past 6 months which averages between $60,000 and $80,000.

24    14.    Attached hereto as Exhibit "3" is the Debtor's Profit and Loss Statement for

25   January through December 2021 and the Debtor's Profit and Loss Statement for January

26   2022 through May 2022.

27

28          I declare under penalty of perjury that the foregoing is true and correct.  Executed

3

this 25 day of July, 2022, at El Monte, California

_____

Xanthyl Zuleika Nuno Aquino,
President of Magic Designs, Inc.

# Exhibit 1

| COMPANY | PRODUCT | AVG. SPENT PER MONTH |
|---|---|---|
| 3A THREAD & SUPPLY CO. | METALLIC THREAD, FISHLINE, SIZE STICKERS | $ 140.00 |
| ACE PLEATING & STITICHING | BIAS, SPAGHETTI, HEAD BAND | $ 700.00 |
| AMERICAN SUPPLY COMPANY | GUSSETT BAGS, SHIPPIN BOXES, PLASTIC FASTNERS | $ 80.00 |
| AMORE LACE AND FABRICS | EMBROIDERED ORGAZA, LACES, TRIMS | $ 1,000.00 |
| BEAT TRIMS | ZIPPER | $ 400.00 |
| CB FLOWER & CRAFT | RIBBON, FLOWER, GLUE, BROACH, HEADBAND | $ 220.00 |
| CHEVROLETT OF MONTEBELLO | OIL CHANGE | $ 20.00 |
| CREACIONES YESSY | ORNAMENTS FOR GARMENTS, | $ 900.00 |
| CREATIVE IDEAS USA | RIBBON, RAT TAIL | $ 130.00 |
| DARA INC | BUTTONS | $ 50.00 |
| FRANCIA TEXTILES | EMBRIDFRED ORGANZAS, POLY SILK, LINNIN | $ 600.00 |
| GAS (ARCO, CHEVRON, ETC) | GASOLINE | $ 700.00 |
| GUNOLD | METALLIC THREAD | $ 110.00 |
| INTERNATIONAL BUS LINES | SHIPPING COST | $ 40.00 |
| JAMAKA FABRICS | EMBROIDERED ORGAZA, LACES, TRIMS | $ 12,000.00 |
| LA CENTURY TEXTILES | HARD NET | $ 400.00 |
| LA FABRIC IMPORTS | FABRICS (SATIN, ORGANZA, HARD NET, LINNING) | $ 2,000.00 |
| MARATHON WEST INC | METALLIC THREAD, BACKING, EMBROIDERY SUPPLIES | $ 1,100.00 |
| MARGARITA MARTINEZ | HEAT TRANSFER SHEETS | $ 800.00 |
| MP INDUSTRIAL SEWING MACHINE | MACHINE PARTS, THREAD, SISSORS, ETC | $ 200.00 |
| NATURAL STRAR INC | ACCENTS, GLUE, FLOWER | $ 45.00 |
| SANA FABRICS | EMBRIDERED ORGANZAS, POLY SILK, LINNIN | $ 3,400.00 |
| SMART & FINAL | CLEANING SUPPLIES | $ 40.00 |
| TOWER TEXTILES | FABRICS (SATIN, ORGANZA, HARD NET, LINNING) | $ 5,000.00 |
| UNIVERSAL ELASTIC &GARMENT SUPPLY | HANGERS, ELASTIC | $ 190.00 |
| UPS | SHIPPING COST | $ 100.00 |
| USPS | STAMPS, SENDING CORRESPONDANCE | $ 5.00 |
| VICTOR SUPPLES | MARKING PAPER, KRAFT PAPER, BAGS, PARTS | $ 110.00 |
| WAXIE SANITARY SUPPLY | TOILETTE PAPER, HAND PAPER, SOAP | $ 60.00 |
| | | $ 30,540.00 |

# Exhibit 2

**VENDORS**

| COMPANY | PRODUCT | AVG. SPENT PER MONTH |
|---|---|---|
| 3A THREAD & SUPPLY CO. | METALLIC THREAD, FISHLINE, SIZE STICKERS | $ 140.00 |
| ACE PLEATING & STITICHING | BIAS, SPAGHETTI, HEAD BAND | $ 700.00 |
| AMERICAN SUPPLY COMPANY | GUSSETT BAGS, SHIPPIN BOXES, PLASTIC FASTNERS | $ 80.00 |
| AMORE LACE AND FABRICS | EMBROIDERED ORGAZA, LACES, TRIMS | $ 1,000.00 |
| BEAT TRIMS | ZIPPER | $ 400.00 |
| CB FLOWER & CRAFT | RIBBON, FLOWER, GLUE, BROACH, HEADBAND | $ 220.00 |
| CHEVROLETT OF MONTEBELLO | OIL CHANGE | $ 20.00 |
| CREACIONES YESSY | ORNAMENTS FOR GARMENTS, | $ 900.00 |
| CREATIVE IDEAS USA | RIBBON, RAT TAIL | $ 130.00 |
| DARA INC | BUTTONS | $ 50.00 |
| FRANCIA TEXTILES | EMBRIDERED ORGANZAS, POLY SILK, LINNIN | $ 600.00 |
| GAS (ARCO, CHEVRON, ETC) | GASOLINE | $ 700.00 |
| GUNOLD | METALLIC THREAD | $ 110.00 |
| INTERNATIONAL BUS LINES | SHIPPING COST | $ 40.00 |
| JAMAKA FABRICS | EMBROIDERED ORGAZA, LACES, TRIMS | $ 12,000.00 |
| LA CENTURY TEXTILES | HARD NET | $ 400.00 |
| LA FABRIC IMPORTS | FABRICS (SATIN, ORGANZA, HARD NET, LINNING) | $ 2,000.00 |
| MARATHON WEST INC | METALLIC THREAD, BACKING, EMBROIDERY SUPPLIES | $ 1,100.00 |
| MARGARITA MARTINEZ | HEAT TRANSFER SHEETS | $ 1,000.00 |
| MP INDUSTRIAL SEWING MACHINE | MACHINE PARTS, THREAD, SISSORS, ETC | $ 200.00 |
| NATURAL STRAR INC | ACCENTS, GLUE, FLOWER | $ 45.00 |
| SANA FABRICS | EMBRIDERED ORGANZAS, POLY SILK, LINNIN | $ 3,400.00 |
| SMART & FINAL | CLEANING SUPPLIES | $ 40.00 |
| TOWER TEXTILES | FABRICS (SATIN, ORGANZA, HARD NET, LINNING) | $ 5,000.00 |
| UNIVERSAL ELASTIC &GARMENT SUPPLY | HANGERS, ELASTIC | $ 190.00 |
| UPS | SHIPPING COST | $ 100.00 |
| USPS | STAMPS, SENDING CORRESPONDANCE | $ 5.00 |
| VICTOR SUPPLES | MARKING PAPER, KRAFT PAPER, BAGS, PARTS | $ 110.00 |
| WAXIE SANITARY SUPPLY | TOILETTE PAPER, HAND PAPER, SOAP | $ 60.00 |
| | | $ 30,740.00 |

**PAYROLL**

| | | |
|---|---|---|
| EMPLOYEE WAGES | NET | $ 27,950.00 |
| EPTPS | | $ 5,700.00 |
| EDD | | $ 880.00 |
| | | $ 34,530.00 |

**UTILITIES**

| | | |
|---|---|---|
| EDISON (ELECTRIC) | PO BOX 300 ROSEMEAD, CA. 91773-0002 | $ 640.00 |
| SAN GABRIEL WATER | 11142 GARVEY AVE. EL MONTE. CA 91733 | $ 110.00 |
| AT&T (PHONE & INTERNET) | | $ 200.00 |
| ALARMTRON  (ALARM) | PO BOX 33262 LA. CA. 90033 | $ 80.00 |
| ATHENS SERVICES (TRASH) | PO BOX 600009 CITY OF INDUSTRY , CA. 91716-0009 | $ 330.00 |
| MY FAX | | $ 10.00 |
| C&V HOLDINGS LLC | RENT 1808 POTRERO AVE. | $ 6,700.00 |
| | | $ 8,070.00 |

**AVERAGE MONTLY EXPENSES**          **$          73,340.00**

# Exhibit 3

# Magic Designs, Inc

## Profit and Loss

Accural Basis                January through December 2021

| | | | |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| Income | | | |
| Sales | | $ | 1,124,396.25 |
| Shipping and Delivery Income | | $ | 1,777.71 |
| Grant | | $ | 25,000.00 |
| Total Income | | $ | 1,151,173.96 |
| | | | |
| Cost of Goods Sold | | | |
| Cost of Goods Sold | | $ | 631,563.25 |
| Total COGS | | $ | 631,563.25 |
| | | | |
| **Gross Profit** | | $ | 519,610.71 |
| | | | |
| Expense | | | |
| Automobile Expense | | $ | 15,538.93 |
| Bank Service Charge | | $ | 217.50 |
| Business Licenses and Permits | | $ | 1,726.47 |
| Customer Discount | | $ | 480.00 |
| Embroidery Expense | | $ | 195.00 |
| Employee Wages | | $ | 276,898.78 |
| Insurance Expense | | | |
| Workmans Comp | $ 49,226.82 | | |
| Insurance-Other | $ 12,103.18 | | |
| Total Insurance Expense | | $ | 61,330.00 |
| Interest/Penalty Expense | | $ | 3,791.61 |
| Janitorial Expense | | $ | 2,115.20 |
| Machine Parts and Repairs | | $ | 2,317.20 |
| Meals and Entertainment | | $ | 32.13 |
| Office Supplies | | $ | 1,289.07 |
| Payroll Tax Expense | | | |
| 940 | $ 810.53 | | |
| 941 | $ 53,880.53 | | |
| DE88 | $ 6,855.03 | | |
| Total Payroll Tax Expense | | $ | 61,546.09 |
| Professional Fees | | $ | 10,838.05 |
| Rent Expense | | $ | 65,570.00 |
| Repairs and Maint Building | | $ | 31.99 |
| Shipping Expense | | $ | 2,368.44 |
| Utilities | | $ | 12,346.02 |
| Total Expense | | $ | 518,632.48 |
| Net Ordinary Income | | $ | 978.23 |

## Magic Designs, Inc
Profit and Loss

Accural Basis

January through May 2022

| | | | |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
| Income | | | |
| Sales | | $ | 478,673.50 |
| Shipping and Delivery Income | | $ | 329.00 |
| Total Income | | $ | 479,002.50 |
| | | | |
| Cost of Goods Sold | | | |
| Cost of Goods Sold | | $ | 231,026.37 |
| Total COGS | | $ | 231,026.37 |
| | | | |
| Gross Profit | | $ | 247,976.13 |
| | | | |
| Expense | | | |
| Automobile Expense | | $ | 3,023.69 |
| Bank Service Charge | | $ | 406.20 |
| Business Licenses and Permits | | $ | 1,274.00 |
| Customer Discount | | $ | 301.00 |
| Employee Wages | | $ | 136,729.66 |
| Income Tax | | $ | 102.62 |
| Insurance Expense | | | |
| Workmans Comp | $ 20,316.32 | | |
| Insurance-Other | $ 908.00 | | |
| Total Insurance Expense | | $ | 21,224.32 |
| Interest/Penalty Expense | | $ | 2,012.83 |
| Janitorial Expense | | $ | 382.79 |
| Machine Parts and Repairs | | $ | 2,595.00 |
| Office Supplies | | $ | 289.35 |
| Payroll Tax Expense | | | |
| 940 | $ 509.34 | | |
| 941 | $ 28,004.16 | | |
| DE88 | $ 2,639.16 | | |
| Total Payroll Tax Expense | | $ | 31,152.66 |
| Professional Fees | | $ | 1,456.78 |
| Rent Expense | | $ | 32,000.00 |
| Repairs and Maint Building | | $ | 181.38 |
| Shipping Expense | | $ | 797.26 |
| Utilities | | $ | 5,575.77 |
| Total Expense | | $ | 239,505.31 |
| Net Ordinary Income | | $ | 8,470.82 |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**EPPS & COULSON, LLP**
1230 Crenshaw Boulevard, Suite 200
Torrance, CA 90501

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF DEBTOR IN SUPPORT OF FIRST DAY MOTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 27, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **Tamar Terzian**    tterzian@eppscoulson.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  _7/27/2022_  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**Employees:**
**Arnulfo Chamu Rojas**
3713 Baldwin Ave.,
El Monte CA 91731

**Marcela De Los Santos**
33 Adena Street #8
Pasadena CA, 91104

**Soledad Dominguez**
1172 N. Summit Ave.,
 Pasadena, CA 91103

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**Rosalia Garcia**
2707 Arrow Hwy
La Verne, CA 91750

**Luis M. Hernandez**
33 ADENA Street #8
Pasadena, CA 91104

**Martha Hernandez**
752 N. Marengo Ave., #3
Pasadena, CA 91103

**Teresa Hernandez Padilla**
2637 Nevada Ave.,
El Monte, CA. 91733

**Josefina Ledesma**
344 Crosby Street
Altadena, CA. 91001

**Jaime C. Lopez**
1286 Summit Ave.,
Pasadena, CA 91001

**Lorena Mancilla**
290 Grandview Street
Pasadena, CA 91104

**Martha Mendoza**
1286 N. Summit Ave., #12
Pasadena, CA 91106

**Teresa Nuno**
2238 Glen Rose Ave.,
Altadena, CA 91001

**Xanthyl Z. Nuno Aquino**
2238 Glen Rose Ave.,
Altadena, CA 91001

**Jacqueline b. Nuno Trejo**
2238 Glen Rose Ave.,
Altadena, CA 91001
**Benigna Perez**
13718 Palm Ave.
Baldwin Park, CA 91706

**Norma H. Quintana Pablo**
3713 Baldwin Ave.,
El Monte, CA 91731

**Socorro Rincon Sanchez**
1455 N. Los Robles Ave., #19
Pasadena, CA 91104

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Enrique Saavedra**
7580 Marengo Ave.,
Pasadena, CA 91102

**Delfina Solano**
850 N. El Molino
Pasadena, CA 91104

**Elsa Valdovinos**
11458 Broadmead Street
 El Monte, CA. 91733

**Ruben Vasquez**
1681 LOCUST Street
 Pasadena, CA 91106

<u>**Utilities:**</u>
**Athens Services**
P.O. Box 60009
City of Industry, CA 91716
Email: becky@athenservices.com

**Southern California Edison**
P.O. Box 300
Rosemead, CA 91772

Management Offices:
2244 Walnut Grove Ave
Rosemead, Ca 91770

**San Gabriel Valley Water Company**
11142 Garvey Avenue
El Monte, Ca 91733

**AT&T Corporate Offices**
12900 Park Plaza Dr.,
Cerritos, CA 90703

1505 Corporation
112
C T Corporation System
330 N Brand Blvd
Ste 700
Glendale, CA 91203
**My Fax**
Attn: Legal Department
700 S. Flower Street, 15th Floor
Los Angeles, CA 90017
Email: subpoenas@consensus.com

<u>**Top 20 Creditors List:**</u>
**Internal Revenue Services (IRS)**
P.O. Box 7346
Philadelphia, PA 19101

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

**Civil Process Clerk**
United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street,
Los Angeles, CA 90012

**Attorney General**
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044

**U.S. Small Business Administration**
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

**Franchise Tax Board Chief Counsel**
c/o General Counsel Section
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741

**Franchise Tax Board Bankruptcy**
Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812

**Security National Insurance Company**
**c/o Timothy Carl Aires**
**Aires Law Firm**
6 Hughes, Suite 205
Irvine, CA 92618
Email: tca@arlawyers.com

**C & V Holdings, LLC**
4 Via Sueno
San Clemente, CA 92673

**LA Fabric Import International, Inc.**
c/o Euler Hermes Collections NA
800 Red Brook Blvd.,
Owings Mills, MD 21117

**Shahrokh Mokhtarzadeh, APC**
16130 Ventura Blvd., Suite 230
Encino, CA 91436
Email: Shahrokh@smplcla.com

**Xiamen Textile Clothes & Ornaments**
c/o Jim Wei
9142 Norwalk Blvd.,
Santa Fe Springs, CA 90670
Email: thelegalwei@yahoo.com
Tel: 626-271-4788

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

**Amore Lace and Fabrics**
829 San Julian Street,
Los Angeles, CA 90014
Telephone: 213.622.1902

**North American Bankcard**
50 Stephenson Hwy.,
Troy, Michigan 48083

**United States trustee (LA)**
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| 7/27/2022 | Whitney Waters | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**